# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| BASED POLITICS, INC.,<br>　　　*Petitioner,*<br><br>v.<br><br>MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br>　　　*Respondent.* | No. 24-1183 |
| TIKTOK INC. and BYTEDANCE LTD.,<br>　　　*Petitioners,*<br><br>v.<br><br>MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br>　　　*Respondent.* | No. 24-1113 |

| | |
|---|---|
| BRIAN FIREBAUGH, CHLOE JOY SEXTON, TALIA CADET, TIMOTHY MARTIN, KIERA SPANN, PAUL TRAN, CHRISTOPHER TOWNSEND, and STEVEN KING,<br>    *Petitioners,*<br><br>v.<br><br>MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br>    *Respondent.* | No. 24-1130 |

# NOTICE OF JOINDER OF PETITIONER BASED POLITICS, INC. IN TIKTOK PETITIONERS' REPLY IN SUPPORT OF CROSS-MOTION IN THE ALTERNATIVE FOR APPOINTMENT OF A SPECIAL MASTER

PLEASE TAKE NOTICE that Petitioner BASED Politics, Inc. hereby joins in the Reply in Support of Cross-Motion in the Alternative for for Appointment of a Special Master filed by Petitioners TikTok Inc. and ByteDance Ltd. on August 22, 2024. Petitioner BASED Politics Inc. joins, adopts as its own, and incorporates by reference the arguments raised in that Reply.

2

August 22, 2024                    Respectfully submitted,

/s/ Jacob Huebert
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, Texas 78735
512-481-4400
jhuebert@ljc.org

*Counsel for Petitioner*
*BASED Politics, Inc.*

## CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limitation of D.C. Circuit Rule 27(c) because it contains 58 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).

This response complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point, Century Schoolbook font.

August 22, 2024                                         /s/ Jacob Huebert
                                                        LIBERTY JUSTICE CENTER
                                                        7500 Rialto Blvd.
                                                        Suite 1-250
                                                        Austin, Texas 78735
                                                        512-481-4400
                                                        jhuebert@ljc.org

                                                        *Counsel for Petitioner*
                                                        *BASED Politics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on August 22, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

August 22, 2024                     /s/ Jacob Huebert
                                    LIBERTY JUSTICE CENTER
                                    7500 Rialto Blvd.
                                    Suite 1-250
                                    Austin, Texas 78735
                                    512-481-4400
                                    jhuebert@ljc.org

                                    *Counsel for Petitioner*
                                    *BASED Politics, Inc.*